# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

       **Plaintiff,**                       Case No.3:02CR30077-DRH

     v.

**Terry M. Lynch,**

       **Defendant.**


## ORDER

Upon motion of the United States of America, (Doc 3) and for good cause shown, it is hereby **ORDERED** that Red Rock Insurance Company is substituted for BancInsure. Furthermore, all restitution payments, including any currently held by the Court, will be made payable to Red Rock Insurance Company.

DATED: February 14, 2014

                                       Digitally signed by David R. Herndon
                                       Date: 2014.02.14 12:13:26 -06'00'

                                       Chief Judge
                                       United States District Court